IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

VERNIS V. JOE                                                                                          PLAINTIFF

vs.                                    Civil No. 1:12-cv-01030

CAROLYN W. COLVIN                                                                            DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Now on this 29th day of April, 2013, comes for consideration the Report and Recommendation dated April 8, 2013 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 9). Fourteen days have passed without objections being filed by the Parties. *See* 28 U.S.C. § 636(b)(1) (2009). The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation, affirms the decision of the Administrative Law Judge, and dismisses Plaintiff's Complaint with prejudice.

**IT IS SO ORDERED.**

/s/  Susan O. Hickey
SUSAN O. HICKEY
U.S. DISTRICT JUDGE